1 **Richard A. Beshwate, Jr. #179782**
Attorney at Law
2 2014 Tulare Street   Suite 414
Fresno, California 93721
3 Telephone: (559) 266-5000

4 Attorney for Defendant, KHRESTA DUNCAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:06cr00119 OWW |
| Plaintiff, ) | **SUBSTITUTION OF ATTORNEYS AND ORDER** |
| vs. ) | Date: |
| KHRESTA DUNCAN, ) | Time: |
| Defendant. ) | Dept: |

I, KHRESTA DUNCAN, hereby appoint and substitute as my attorney of record RICHARD A. BESHWATE, JR, in place of  RANDALL BRUCE DICKOW      , in the above-entitled matter.

DATED:  5/3/06               /s/ Khresta Duncan
                                       KHRESTA DUNCAN

I consent to said substitution.

DATED:  5/3/06               /s/ Randall Dickow
                                       RANDALL BRUCE DICKOW

I accept said substitution.

DATED:  5/3/06               /s/ Richard A. Beshwate Jr
                                       RICHARD A. BESHWATE, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN  DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.   1:06cr00119 OWW |
|---|---|---|
| Plaintiff, | ) | **ORDER FOR SUBSTITUTION** |
|  | ) | **OF ATTORNEYS** |
| v | ) |  |
| KHRESTA DUNCAN, | ) |  |
| Defendant. | ) |  |

IT IS ORDERED that Attorney Richard A. Beshwate, Jr., will replace Attorney RANDALL BRUCE DICKOW as attorney of record in the above-referenced matter pursuant to the Substitution of Attorneys as filed with this Court.

IT IS SO ORDERED.

**Dated:   May 7, 2006**            /s/ Oliver W. Wanger
emm0d6                               UNITED STATES DISTRICT JUDGE