**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                                        **RE:     Khresta Lynn Duncan**
                                                 **Docket Number:   1:06CR00119-01**
                                                 <u>**REQUEST MODIFICATION OF**</u>
                                                 <u>**JUDGMENT**</u>

Your Honor:

On April 14, 2008, the above-referenced offender appeared before Your Honor for
sentencing on a violation of supervised release.  At that time, the Court ordered that
"supervised release be revoked and that the offender be committed to the custody of
Westcare for 90 days followed by 90-180 days aftercare..."

It appears that the order is not correct as it relates to the revocation and its commitment.
Pursuant to USSG 7B1.3(c)(1), *"Where the minimum term of imprisonment determined*
*under USSG 7B1.4 is at least one month but not more than six months, the minimum term*
*may be satisfied by (A) a sentence of imprisonment; or (B) a sentence of imprisonment that*
*includes a term of supervised release with a condition that substitutes community*
*confinement or home detention according to the schedule in USSG 5C1.1(c) for any*
*portion of the minimum term."*

In this case, the United States Probation Officer recommended a sentence at the low end
of the guideline range, to wit: 6 months.  Had the Court  revoked supervision, the offender
would have faced imprisonment, to wit: 6 months (in this case) or the offender could have
serve a portion of the minimum term with the balance served on home
confinement/electronic monitoring or at a community corrections center.

However, it was agreed by both counsel and the undersigned officer that the offender be
afforded the opportunity to participate in residential treatment with the understanding that
if she fails to complete the residential program she could be subjected to a 12 month

Rev. 05/2006
MEMO ~ COURT.MRG

RE:   **Khresta Lynn Duncan**
      **Docket Number:   1:06CR00119-01**
      **<u>MODIFICATION OF JUDGMENT</u>**


sentence.   In this case, supervision does not need to be revoked, just continued with modifications to the special conditions to include 90 days at Westcare followed by 90 days aftercare.

As such, it is recommended that the Judgment dated April 14, 2008, be modified to reflect the following sentence:   ***"Supervised release heretofore ordered on September 5, 2006, be continued with the same terms and conditions with modifications to special conditions, to wit:  Westcare Residential Drug Program for 90 days; followed by 90 day aftercare treatment."***


Respectfully submitted,

/s/ Jose T. Pulido

**Jose T. Pulido**
**United States Probation Officer**

Dated:      April 16, 2008
            Fresno, California
            jtp


**REVIEWED BY:      /s/ Bruce A. Vasquez**                          
                   **BRUCE A. VASQUEZ**
                   **Supervising United States Probation Officer**

Attachment(s)

cc:   Stanley A. Boone
      Assistant United States Attorney

      Richard A. Beshwate Jr.
      Defense Counsel

Rev. 05/2006
MEMO ~ COURT.MRG

**RE:   Khresta Lynn Duncan**
**Docket Number:   1:06CR00119-01**
**<u>MODIFICATION OF JUDGMENT</u>**

_____

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   <u>    April 17, 2008    </u>         <u>         /s/ Oliver W. Wanger         </u>**
                                                        UNITED STATES DISTRICT JUDGE

Rev. 05/2006
MEMO ~ COURT.MRG